IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TANGELO IP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-2104-M |
| ) | |
| SAM ASH MUSIC CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff Tangelo IP, LLC and defendant Sam Ash Music Corporation in this case, and the Court being of the opinion that said Motion [ECF #11] should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Tangelo IP, LLC and defendant Sam Ash Music Corporation are hereby DISMISSED with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated October 9, 2017.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: October 17, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE